UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

SADEK & COOPER
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
Attorneys for Debtor(s)

| | | |
|---|---|---|
| In re: | : | IN BANKRUPTCY |
| | : | CHAPTER 13 |
| Lawrence J. Ibbetson, Jr. | : | |
| | : | CASE NO. 21-17506 (ABA) |
| | : | |
| Debtor(s) | : | HEARING: |
| | : | ORAL ARGUMENT WAIVED |

**CERTIFICATION IN SUPPORT OF MOTION TO SUSPEND TRUSTEE PAYMENTS**

Larry J. Ibbetson, Jr., by way of Certification hereby state:

  1. I am the Debtor herein and filed a voluntary Chapter 13 Petition on September 24, 2021.

  2. A Confirmation Order of our Chapter 13 Plan was entered December 1, 2022.

  3. On or about April 28, 2023 I separated from my employment by mutual agreement due to incompatibility with the business CEO. As I received severance, I am ineligible to apply for unemployment benefits.

  4. At this time, I am seeking new employment as well as exploring potentially returning to consulting work on a 1099 basis. Unfortunately, due to my age, many employers are seeking younger employees who are able to accept lower income and are not considered retirement age. My spouse receives Social Security income only and is not in a position to work outside of the home.

        5.        In order to ensure that I am able to maintain my post-petition mortgage payments, auto payments and necessary household bills, as well as post-petition incurred tax liability, I will be unable to make my Trustee payment for a period of time.

        6.        I am hoping to return to work and full income earnings as soon as possible.

        7.        Based on the foregoing, I respectfully request a suspension of Trustee payments from June 2023 through and including November 2023. I will resume Trustee payments December 2023.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May 30, 2023                                  /s/ Lawrence J. Ibbetson, Jr.
                                                            Lawrence J. Ibbetson, Jr.